UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BROOKLYN BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,

                Plaintiff,

                -v.-

PETER S. KOSINSKI, *in his official capacity as Co-Chair of the State Board of Elections*; DOUGLAS A. KELLNER, *in his official capacity as Co-Chair of the State Board of Elections*; ANTHONY J. CASALE, *in his official capacity as Commissioner of the State Board of Elections*; KRISTEN ZEBROWSKI STAVISKY, *in her official capacity as Co-Executive Director of the State Board of Elections*; SIMON SHAMOUN, *in his official capacity as Commissioner of the New York City Board of Elections*; RODNEY L. PEPE-SOUVENIR, *in her official capacity as Commissioner of the New York City Board of Elections*; JOSE MIGUEL ARAUJO, *in his official capacity as Commissioner of the New York City Board of Elections*; MICHAEL J. COPPOTELLI, *in his official capacity as Commissioner of the New York City Board of Elections*; GINO A. MARMORATO, *in his official capacity as Commissioner of the New York City Board of Elections*; JODI MORALES, *in her official capacity as Commissioner of the New York City Board of Elections*; KEITH SULLIVAN, *in his official capacity as Commissioner of the New York City Board of Elections*; PATRICIA ANNE TAYLOR, *in her official capacity as Commissioner of the New York City Board of Elections*; *and* FREDERIC M. UMANE, *in his official capacity as President of the New York City Board of Elections*;

                Defendants.

21 Civ. 7667 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **March 4, 2024, at 9:00 a.m.**;

- The parties' Joint Pretrial Order, motions in limine, pretrial memoranda of law, and proposed findings of fact and conclusions of law will be due **February 7, 2024**;

- Any opposition papers will be due **February 14, 2024**;

- The parties are instructed to comply with Rule 7 of the Court's Individual Rules of Practice in Civil Cases when submitting their pretrial materials.

- The final-pretrial conference will be scheduled for **February 22, 2024, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   October 18, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge