

250 Massachusetts Ave NW, Suite 400  |  Washington, DC 20001

June 13, 2024



**VIA ECF**

Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

    Re:    *Brooklyn Branch of the NAACP v. Kosinski, et al.*, No. 1:21-cv-7667-KPF

Dear Judge Failla:

    We write jointly on behalf of all parties in the above-captioned matter pursuant to the Court's instruction in its post-trial Findings of Fact and Conclusions of Law to submit a joint letter to the Court on or before June 14, 2024, proposing next steps in this litigation. ECF No. 116 at 49.

    The parties submit that the only steps remaining in this litigation are for the Court to enter final judgment and to resolve Plaintiff's outstanding request for attorneys' fees under 42 U.S.C. § 1988. *See* ECF No. 38 at 18.

    With respect to the latter issue, Plaintiff sought, by separate letter dated June 13, 2024, an extension of 60 days within which to move for attorneys' fees under Federal Rule of Civil Procedure 54(d). The parties will promptly alert the Court in the event that an agreement is reached that may obviate the need for the court's intervention as to Plaintiff's request for fees.

Respectfully submitted,

**HARRIS BEACH PLLC**

*/s/ Elliot A. Hallak*
Elliot A. Hallak
Daniel R. LeCours
677 Broadway, Suite 1101
Albany, New York 12207
T: 518.427.9700
F: 518.427.0235

**ELIAS LAW GROUP LLP**

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri*
Jyoti Jasrasaria*
Richard A. Medina
250 Massachusetts Avenue NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490

Hon. Katherine Polk Failla
June 13, 2024
Page 2

ehallak@harrisbeach.com
dlecours@harrisbeach.com

Thomas J. Garry
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553
T: 516.880.8484
F: 516.880.8483
tgarry@harrisbeach.com

*Attorneys for the State Board of Elections Defendants*

**MURIEL GOODE-TRUFANT**
Acting Corporation Counsel of the City of New York

By: /s/ Stephen Kitzinger
Stephen Kitzinger
Assistant Corporation Counsel
100 Church Street, Room 2-126
New York, New York 10007
(212) 356-2087

*Attorney for the City Board of Elections Defendants*

lmadduri@elias.law
jjasrasaria@elias.law
rmedina@elias.law

Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0179
akhanna@elias.law

**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**

Andrew G. Celli
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212.763.5000
Fax: 212.763.5001
ACelli@ecbawm.com

*Attorneys for Plaintiff Brooklyn Branch of the NAACP*

*Admitted Pro Hac Vice

cc: All counsel of record (via ECF)

---

Application GRANTED. Plaintiff deadline to move for attorneys' fees under Federal Rule of Civil Procedure 54(d) is hereby ADJOURNED to **August 13, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 117.

Dated:   June 14, 2024
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE