Case 1:21-cv-07667-KPF    Document 121    Filed 08/08/24    Page 1 of 2



250 Massachusetts Ave NW, Suite 400  |  Washington, DC 20001

August 7, 2024

**VIA ECF**

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

Re:   *Brooklyn Branch of the NAACP v. Kosinski, et al.*, No. 1:21-cv-7667-KPF

Dear Judge Failla:

I write on behalf of Plaintiff in the above-captioned matter to seek a further 60-day extension of time to file a motion for attorneys' fees and costs under Federal Rule of Civil Procedure 54(d)(2) until October 14, 2024.

Plaintiff's motion for attorneys' fees is currently due on August 13, 2024. *See* ECF No 119. This is Plaintiff's second request for an extension of time to move for attorneys' fees. The Court previously granted a 60-day extension. *Id.*

Plaintiff respectfully requests this further extension to allow additional time for the parties to negotiate a settlement of Plaintiff's request for attorneys' fees. Defendants have indicated that they do not oppose this extension. No other deadlines would be affected by the requested extension.

Respectfully submitted,

/s/ *Lalitha D. Madduri*

Lalitha D. Madduri

*Counsel for Plaintiff Brooklyn Branch of the NAACP*

Cc: All counsel of record (via ECF)

Application GRANTED.  Plaintiff's deadline to move for attorneys' fees under Federal Rule of Civil Procedure 54(d) is hereby ADJOURNED to **October 14, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 120.

Dated:    August 8, 2024          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE