

250 Massachusetts Ave NW, Suite 400  |  Washington, DC 20001

October 7, 2024



**VIA ECF**

Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

    Re:    *Brooklyn Branch of the NAACP v. Kosinski, et al.*, No. 1:21-cv-7667-KPF

Dear Judge Failla:

    I write on behalf of Plaintiff in the above-captioned matter to seek a 90-day extension of time to file a motion for attorneys' fees and costs under Federal Rule of Civil Procedure 54(d)(2) until January 13, 2025.

    Plaintiff's motion for attorneys' fees is currently due on October 14, 2024. *See* ECF No 121. This is Plaintiff's third request for an extension of time to move for attorneys' fees. The Court previously granted two 60-day extensions. *Id.*; ECF No. 119

    Plaintiff respectfully requests this further extension to allow additional time for the parties to continue negotiating a settlement of Plaintiff's request for attorneys' fees. Defendants have indicated that they do not oppose this extension. No other deadlines would be affected by the requested extension.

    Respectfully submitted,

    /s/ *Lalitha D. Madduri*

    Lalitha D. Madduri

    *Counsel for Plaintiff Brooklyn Branch of the NAACP*

Cc: All counsel of record (via ECF)

Application GRANTED.  Plaintiff's deadline to move for attorneys' fees under Federal Rule of Civil Procedure 54(d) is hereby ADJOURNED to **January 13, 2025.**  The Court does not contemplate granting a further extension.

The Clerk of Court is directed to terminate the pending motion at docket entry 122.

Dated:     October 8, 2024                SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE