

250 Massachusetts Ave NW, Suite 400  |  Washington, DC 20001

January 6, 2025



**VIA ECF**

Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

      Re:    *Brooklyn Branch of the NAACP v. Kosinski, et al.*, No. 1:21-cv-7667-KPF

Dear Judge Failla:

      I write jointly on behalf of all parties in the above-captioned matter to report that the parties have made substantial progress in their negotiations on the question of attorneys' fees and are hopeful that an agreement will be reached in short order. Defendants also report, however, that additional time is required to finalize the parties' anticipated agreement due to necessary governmental approvals. We therefore seek a 60-day extension of time to file a motion for attorneys' fees and costs under Federal Rule of Civil Procedure 54(d)(2) until March 14, 2025. The parties anticipate that this extension will allow the parties to finalize the settlement and provide time for Defendants to secure the necessary approvals and thus obviate the need for motions practice.

      Plaintiff's motion for attorneys' fees is currently due on January 14, 2025. *See* ECF No. 123. This is the fourth request for an extension of time to move for attorneys' fees. The Court previously granted two 60-day extensions and a 90-day extension. *Id.*; ECF No. 121; ECF No. 119. The parties acknowledge that the Court noted in its order granting an extension that it does not contemplate further extensions. *See* ECF No. 123. Because the parties believe an agreement will be reached with additional time to complete necessary administrative steps, however, the parties respectfully request a 60-day extension.

      All parties have agreed to this extension. No other deadlines would be affected by the requested extension.

Hon. Katherine Polk Failla
January 6, 2025
Page 2

        Respectfully submitted,

        /s/ *Lalitha D. Madduri*

        Lalitha D. Madduri

        *Counsel for Plaintiff Brooklyn Branch of the NAACP*

Cc: All counsel of record (via ECF)

```
Application GRANTED.  In light of the parties' representation that they
believe an agreement will be reached, Plaintiff's deadline to move for
attorneys' fees under Federal Rule of Civil Procedure 54(d) is hereby
ADJOURNED to March 14, 2025.  Under no circumstances will the Court grant
an additional extension.

The Clerk of Court is directed to terminate the pending motion at docket
entry 124.

Dated:     January 7, 2025              SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE