# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BROOKLYN BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>　　　　　Plaintiff,<br><br>　　　　　-v.-<br><br>PETER S. KOSINSKI, in his official capacity as Co-Chair of the State Board of Elections, et al.,<br><br>　　　　　Defendants. | Case No. 21 Civ. 7667 (KPF)<br><br>**JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated May 30, 2024 (Dkt. #116), following a bench trial held on March 4, 2024, Judgment is entered for Plaintiff on all Counts of its Amended Complaint (Dkt. #38); the Court **DECLARES** that Section 17-140 of the New York Election Law (i) violates the First Amendment right to free speech and expression, (ii) violates the First and Fourteenth Amendments to the United States Constitution because it is impermissibly overbroad, and (iii) violates the First and Fourteenth Amendments to the United States Constitution because it is impermissibly vague; Defendants, and their respective agents, officers, employees, successors, or any persons acting in concert with them are **ENJOINED** from enforcing Section 17-140 of the New York Election Law; accordingly, this case is closed.

It is further **ORDERED, ADJUDGED, AND DECREED:** That, as set forth in the so-ordered Stipulation of Settlement of Fees and Costs dated March 14, 2025 (Dkt. #130), Judgment is entered for Plaintiff in the amount of $475,000.00 in attorneys' fees and costs. The State of New York shall make the payment in the amount of $475,000.00 on behalf of Defendants in accordance with and as set forth in the Stipulation of Settlement for Fees and Costs. *See* Dkt. #130 at 4-5.

SO ORDERED.

Dated:   March 31, 2025
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge